# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY RANDELL,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 76272

**FILED**

JUL 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S.Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Appellant filed a notice of appeal on June 27, 2018. The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the corrected judgment of conviction entered on March 15, 2017, the notice of appeal was untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of judgment of conviction). Further, it does not appear that the district court has entered any other appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-27267

cc: Hon. Patrick Flanagan, District Judge
Timothy Randell
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

Supreme Court
of
Nevada

(O) 1947A